John W. Shaw, Esq.  SBN:  82802
jshaw@mpplaw.com
Litsa Georgantopoulos, Esq.  SBN:  238288
lgeorge@mpplaw.com
**MORRIS POLICH & PURDY LLP**
1055 West Seventh Street, 24th Floor
Los Angeles, California 90017
Telephone:   (213) 891-9100
Facsimile:    (213) 488-1178

Attorneys for Defendants,
SMITH & NEPHEW, INC.

# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

| | |
|---|---|
| CATHY DECRONA,<br><br>Plaintiff,<br><br>vs.<br><br>SMITH & NEPHEW, INC., and DOES 1 through 20, inclusive,<br><br>Defendants. | Case No.:<br><br>Complaint Filed: April 16, 2014<br><br>**DEFENDANT SMITH & NEPHEW, INC.'S NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. § 1441(B)[DIVERSITY OF CITIZENSHIP]** |

**TO THE CLERK OF THE ABOVE ENTITLED COURT:**

   **PLEASE TAKE NOTICE THAT** pursuant to 28 U.S.C. §§ 1332, 1441 and 1446, Defendant Smith & Nephew, Inc., hereby removes this action captioned *Cathy Decrona v. Smith & Nephew, Inc..; and Does 1 through 20,* Case No. CV 14-00044 (the "Underlying Action") from the Superior Court of the State of California, County of Plumas to the United States District Court for the Eastern District of California (Sacramento Division) on the following grounds.

///

///

**STATEMENT OF JURISDICTION PURSUANT TO LOCAL RULE 204**

This Court has original jurisdiction under 28 U.S.C. section 1332 based on diversity of citizenship, and removal is therefore proper under 28 U.S.C. § 1441. Plaintiff in this action is a citizen of California, the Defendant is not a citizen of California, and the matter in controversy exceeds $75,000.00.

**BACKGROUND INFORMATION**

1. On or about February 25, 2014, Plaintiff Cathy Decrona, ("Plaintiff") filed a complaint entitled *Cathy Decrona v. Smith & Nephew, Inc..; and Does 1 through 20,* Case No. CV 14-00044 (the "Underlying Action"), naming as Defendant Smith & Nephew, Inc. and "Does 1 to 20." *See* Exhibit "A" to the Declaration of Litsa Georgantopoulos ("Georgantopoulos Decl.") ¶ 5.

2. In the Complaint, Plaintiff alleges causes of action against Smith & Nephew for strict liability, negligence and breach of warranty. Plaintiff alleges that a Smith & Nephew, Inc. size 2 oxinium femoral head, #1 tibial base plate and 8 poly liner with simplex cement was defective when it left the control of each defendant. *See* Exhibit "A".

3. Plaintiff alleges that she suffered wage loss, hospital and medical expenses, general damage, loss of earning capacity and emotional distress. *See* Exhibit "A".

4. Plaintiff claims that "each of the defendants knew the product would be purchased and used without inspection for defects." *See* Exhibit "A".

**TIMELINESS OF REMOVAL**

5. Plaintiff filed her Complaint on February 25, 2014 in the Superior Court of California, County of Plumas. *See* Exhibit "A".

6. Plaintiff personally served Defendant on June 30, 2014. See Exhibit "E" to the Georgantopoulos Decl. ¶9.

7. Defendant Smith & Nephew, Inc.'s answered Plaintiff's Complaint in the Underlying Action on July 29, 2014. *See* Exhibit "F" to Georgantopoulos Decl. ¶ 10.

8. Plaintiff's Complaint did not identify Plaintiff's amount of damages or state of residence. *See* Exhibit "A."

9. On July 29, 2014, Defendant Smith & Nephew Inc. served Form Interrogatories on Plaintiff. *See* Exhibit "I" to Georgantopoulos Decl. ¶ 13.

10. On July 29, 2014, Defendant Smith & Nephew Inc. served a request for statement of damages on Plaintiff. *See* Exhibit "L" to Georgantopoulos Decl. ¶ 16.

11. On August 12, 2014, Plaintiff served her response to Smith & Nephew's statement of damages claiming that Plaintiff's amount of damages at least $300,000.00. *See* Exhibit "N" to ("Georgantopoulos Decl.") ¶ 18.

12. On September 5, 2014, Plaintiff served responses to Defendant Smith & Nephew Inc.'s Form Interrogatories. Plaintiff's responses provided that Plaintiff has resided at 784 Decrona Drive, Quincy, California 95971 from August 18, 1984 to the present and that Plaintiff is a citizen and resident of the State of California. *See* Exhibit "O" to (Georgantopoulos Decl.") ¶ 19.

13. Under 28 U.S.C. § 1446(b), this Notice is timely because it was filed within thirty days of Defendant Smith & Nephew notice of Plaintiff's citizenship and the state in which Plaintiff is a domiciled and within one year of the commencement of this action. Pursuant to California Code of Civil Procedure section 415.10, service was effective on June 30, 2014 and fewer than thirty days have elapsed since the time that Defendant Smith & Nephew, Inc. was placed on notice of Plaintiff's citizenship and residency. Therefore this notice is timely.

## AMOUNT IN CONTROVERSY

14. The jurisdictional threshold regarding the amount in controversy has been met and, if necessary, discovery may be taken with regard to that question.

28 U.S.C. §1446(c)(2).  Plaintiff alleges that due to faulty product "the partial knee failed requiring subsequent surgery."  Plaintiff still complains of knee pain, swollen, numbness and lower back pain from favoring faulty knee.  *See* Exhibit "O" ¶ 19; *see also Corlew v. Denny's Restaurant*, 983 F. Supp. 878, 879-80 (E.D. Mo. 1997)(holding that District Courts are not "free to disbelieve [a]plaintiff's value of a case"); *Sanchez v. Monumental Life Insurance Co.*, 102 F.3d 398, 403-404 (9th Cir. 1996)(removing defendant may show that it is more likely than not that the jurisdictional amount has been met).

    15.   On August 12, 2014, Plaintiff's counsel served their statement of damages in which Plaintiff's amount of damages is stated as at least $300,000.00.  *See* Exhibit "N" to ("Georgantopoulos Decl.") ¶ 18

## DIVERSITY OF CITIZENSHIP

    16.   Plaintiff's form interrogatory responses provided that Plaintiff has resided at 784 Decrona Drive, Quincy, California 95971 from August 18, 1984 to the present.  Thus, Plaintiff is a citizen and resident of the State of California.  *See* Exhibit "O".

    17.   Defendant Smith & Nephew, Inc. is a company organized and existing under the laws of the State of Delaware with its principal place of business in the City of Memphis, State of Tennessee.  *See* Exhibit "R" to Georgantopoulos Decl. ¶ 22 Thus for diversity purposes, Defendant is a citizen of Delaware and Tennessee.  28 U.S.C. § 1332 (c)(1).

    18.   Pursuant to 28 U.S.C. § 1441(a), the citizenship of defendants sued under fictitious names are disregarded.  Thus, the citizenship of Does 1 through 10 is disregarded for purposes of determining diversity jurisdiction.

    19.   Since there is complete diversity of citizenship, the amount in controversy exceeds $75,000, this Court has original jurisdiction over this action pursuant to 28 U.S.C. § 1332(a), as required by 28 U.S.C. § 1441.

## PROPRIETY OF REMOVING TO THE CENTRAL DISTRICT

20. Plaintiff filed the Underlying Action in the Superior Court of California, County of Plumas, and it is thus properly removed to the jurisdiction of the United States District Court for the Eastern District of California, Sacramento Division.

## STATE COURT DOCUMENTS

21. The exhibits attached to this notice are true and complete copies of all documents from the Underlying Action, as identified in the authenticated paragraphs 5 to 21 of the accompanying Georgantopoulos Declaration.

22. Written notice of the filing of this Notice of Removal is being given promptly to Plaintiff by service hereof, and a copy of this Notice of Removal is being promptly filed with the Superior Court of California, County of Los Angeles, as required by 28 U.S.C. § 1446(d).

WHEREFORE, Defendant Smith & Nephew, Inc. hereby removes the Underlying Action to this honorable Court.

Dated:  October 2, 2014

Respectfully submitted,
**MORRIS POLICH & PURDY LLP**

By: _s/Litsa Georgantopoulos_____
   John W. Shaw
   Litsa Georgantopoulos
  Attorneys for Defendant
  SMITH & NEPHEW, INC.