# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA
# SACRAMENTO DIVISION

| | |
|---|---|
| CATHY DECRONA,<br><br>Plaintiff,<br><br>vs.<br><br>SMITH & NEPHEW, INC., and DOES 1 through 20, inclusive,<br><br>Defendants. | Case No.: 2:14-cv-02301-JAM-CMK<br><br>Complaint Filed: 25 February 2014<br><br>**ORDER DISMISSING COMPLAINT WITH PREJUDICE** |

**TO THIS HONORABLE COURT:**

On 25 February 2014, Plaintiff Cathy Decrona filed this action in the United State District Court for the Eastern District of California against Defendant Smith & Nephew, Inc. for strict products liability.

On November 19, 2014, the parties filed a joint motion to dismiss the complaint with prejudice. The Court, for good cause shown, grants the joint motion and dismisses all claims. Fed. R. Civ. P. 41(a)(1). Each party shall be its own costs, expenses, and attorneys' fees.

1 | The Court directs the clerk to close this case.
2 | **IT IS SO ORDERED.**
3 | Dated: 11/19/2014

/s/ John A. Mendez_____
John A. Mendez, District Judge
UNITED STATES DISTRICT COURT